**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6222**

———————

JOVAN WATKINS,

          Plaintiff – Appellant,

      v.

MARYLAND DIVISION OF CORRECTIONS; KATHLEEN GREEN, (Warden of
ECI); CORRECTIONAL MEDICAL SERVICE; DR. ASTER BERHANE, (CMS
Doctor),

          Defendants – Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District
Judge. (8:09-cv-00294-DKC)

———————

Submitted:  June 17, 2010         Decided:  June 25, 2010

———————

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jovan Watkins, Appellant Pro Se.  Glenn William Bell, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, Philip
Melton Andrews, KRAMON & GRAHAM, PA, Baltimore, Maryland, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jovan Watkins appeals the district court's order granting summary judgment to Defendants in Watkins' 42 U.S.C. § 1983 (2006) civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Watkins v. Md. Div. of Corr., No. 8:09-cv-00294-DKC (D. Md. Jan. 15, 2010). We deny Watkins' motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED